UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMAR WALKER,

    Plaintiff,

v.

UNKNOWN MARTIN, et al.,

    Defendants.
_____/

Case No. 2:22-cv-85

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Curtis filed a Motion for Partial Summary Judgment on the Basis of Exhaustion (ECF No. 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 24) on December 28, 2023, recommending that this Court deny the motion as moot. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 24) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Curtis' Motion for Partial Summary Judgment on the Basis of Exhaustion (ECF No. 21) is DENIED as moot.

Dated: January 25, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge